U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2023 NOV -2 AM 11: 52

CLERK

BY____AL____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case no. 2:23-cr-129-1 |
| ) | |
| BRITNY PARRIS, ) | |
| Defendant. ) | |

## INFORMATION

The United States Attorney charges:

### Count One

Between April 2023 and August 2023, in the District of Vermont, defendant BRITNY PARRIS managed and controlled a place—located on West Street in Barton, Vermont—as an owner and occupant, and she knowingly and intentionally made that place available for use for the purposes of unlawfully manufacturing, storing, distributing, and using fentanyl, a Schedule II controlled substance.

(21 U.S.C. § 856(a)(2))

*Nikolas P. Kerest*

NIKOLAS P. KEREST (MJL)
United States Attorney
Burlington, Vermont
November 2, 2023

1