# NOTICE OF HEARING

## UNITED STATES DISTRICT COURT
### FOR THE
### DISTRICT OF VERMONT

United States of America

    v.                                            Case No. 2:23-cr-129-1

Britny Parris

TAKE NOTICE that the above-entitled case has been scheduled at 11:00 a.m. on Thursday, November 09, 2023 in Burlington, Vermont, before Honorable Christina Reiss, District Judge, for a Change of Plea Hearing.

| | |
|---|---|
| Location: Courtroom 510 | JEFFREY S. EATON, Clerk<br>By: */s/ Jennifer B. Ruddy*<br>Deputy Clerk<br>11/6/2023 |

TO:

Matthew J. Lasher, AUSA

Mark D. Oettinger, Esq.

Johanna Masse, Court Reporter