AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
District of Vermont

United States of America
v.
Britny Parris

Case No. 2:23-cr-00129-cr-1

*Defendant*

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 11/08/2023

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Mark D. Oettinger
*Printed name of defendant's attorney*

_____
*Judge's signature*

Christine Reiss, U.S. District
*Judge's printed name and title* Court Judge